The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Officers Robert Mahoney (#6296), Sjon Stevens (#6180), Cliff Borjeson (#7597), Christopher Myers (#5452), and 122 other Officers of the Seattle Police Department named below,<br><br>               Plaintiffs,<br>vs.<br><br>Eric H. Holder, Jr., individually, Attorney General of the United States, and employees of the Department of Justice, individually, named below,<br><br>The City of Seattle, including the Seattle Police Department, the Seattle Police Monitor Team, and the Seattle City Attorney's Office,<br><br>Ed Murray, individually and in his official capacity, Mayor, City of Seattle, and former Mayors, individually, named below,<br><br>Chief of Police, Seattle Police Department, individually and in his/her official capacity, and former Chiefs, individually, named below,<br><br>Peter Holmes, individually and his official capacity, Seattle Police Monitor, and members of the Monitoring Team, individually and in their capacities, named below, | No.   C14-0794 MJP<br><br>NOTICE OF APPEARANCE<br><br>JURY DEMAND REQUESTED<br><br>[CLERK'S ACTION REQUIRED] |

NOTICE OF APPEARANCE (C14-0794 MJP) - 1

n-appear.docx

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

| | |
|---|---|
| 1 | Merrick Bobb, individually and in his official ) |
|   | capacity, Seattle Police Monitor, and members ) |
| 2 | of the Monitoring Team, individually and in ) |
|   | their official capacities, named below, ) |
| 3 | ) |
|   |                     Defendants.    ) |

TO:   Clerk of the above-entitled court; and

TO:   All parties and their counsel:

      PLEASE NOTE that defendant City of Seattle, by and through its undersigned attorney, and without waiving any objections as to improper service, process, jurisdiction, venue, or any other Fed. R. Civ. P. 12 insufficiencies, enters its appearance in this action and requests that all future papers and pleadings in this matter, except original process, be served on this attorney at the address stated below.

      Please make note that the Seattle City Attorney's Office **mailing address** is:

    PO Box 94769
    Seattle, WA  98124-4769

and that the **street/hand-delivery/messenger address** is:

    600 Fourth Ave., 4th Floor
    Seattle, WA  98104

The post office advises that any **mail** being delivered via the United States Postal Service having an address other than the above-referenced PO Box will be returned to the sender.

---

NOTICE OF APPEARANCE (C14-0794 MJP) - 2

n-appear.docx

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1  DATED this 17th day of June, 2014.

2                                 PETER S. HOLMES
                               Seattle City Attorney

By:  s/Gregory C. Narver
      Gregory C. Narver, #18127
      Assistant City Attorney
      Seattle City Attorney's Office
      PO Box 94769
      Seattle, WA  98124-4769
      Ph:  (206) 684-8233
      Fax:  (206) 684-8284
      E-mail: gregory.narver@seattle.gov

      Attorneys for Defendant
      City of Seattle

---

NOTICE OF APPEARANCE (C14-0794 MJP) - 3

n-appear.docx

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

## CERTIFICATE OF FILING/SERVICE

I, Donna M. Robinson, certify that on the 17th day of June, 2014, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

> Gregory C. Narver, gregory.narver@seattle.gov
> Attorney for Defendant City of Seattle

I also certify that, on the same date, I mailed, via U.S. mail, postage prepaid, or emailed a copy when indicated, a copy of this document to the parties named on the attached lists of plaintiffs and defendants:

DATED this 17th day of June, 2014.

> s/ Donna M. Robinson
> Donna M. Robinson

NOTICE OF APPEARANCE (C14-0794 MJP) - 4

n-appear.docx

Peter S. Holmes
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

LIST OF PLAINTIFFS

Officer Robert Mahoney, #6296
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Sjon Stevens, #6180
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Cliff Borjeson, #7597
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Christopher Myers, #5452
West Precinct
810 Virginia ST
Seattle, WA 98101

Officer Bridget Hillan, #5938
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Lance Basney, #5947
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Salvatore DiTusa, #5668
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Clarke D. Chase, #5709
North Precinct
10049 College Way N.
Seattle WA, 98133

Officer Joseph Stankovich, #6878
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Weldon C Boyland, #6635
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer John L. Farrar, #5922
North Precinct
10049 College Way N.
Seattle, WA   98133

Officer Dale W. Umpleby, #4052
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Richard A. McAuliffe, #6403
North Precinct
10049 College Way N.
Seattle WA, 98133

Officer George Baseley, #5571
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Leon J. Towne, #6697
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer David M. Harrington, #6875
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Henry Feldman, #7548
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Terry Whalen, #6879
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Gilles Montaron, #6382
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Robert Stevenson, #5859
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Joshua Goodwin, #7564
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Ryan Kennard, #7555
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Nathan Lemberg, #7456
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Ryan Beck, #6898
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jeff Mitchell, #6181
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Robert B. Brown, #6194
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Ernest T. Hall, #4792
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Robert Burk, #5516
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Adam Beatty, #7453
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Tomas Trykar, #7616
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Brien Escalante, #7580
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Bryan Kennedy, #6768
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Karen G. Pio, #6088
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Oscar Gardea, #6680
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Michael Gonzalez, #6412
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Steve Kim, #5955
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Joseph Mahar, #5992
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Ennis Roberson, #6759
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Leroy Outlaw, #6854
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Kieran Barton, #7568
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jason Hoppers, #6863
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jonathan. Reese, #7533
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Eugene Schubeck, #6696
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Sean Hamlin, #5833
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Shannon Waldorf, #6950
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Brian Whicker, #7492
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jeffrey Swenson, #7507
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Michael Spaulding, #7491
North Precinct
10049 College Way N.
Seattle, WA 98133

Detective Timothy J Wear, #4900
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Tabitha Sexton, #7430
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Steven Stone, #7540
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Liliya A. Nesteruk, #7489
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Todd M. Nelson, #7358
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Timothy Jones, #6935
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Thomas Heller, #7427
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Michael Severance, #2866
North Precinct
10049 College Way N.
Seattle, WA 98133

Detective Theresa Emerick, #5002
North Precinct
10049 College Way N.
Seattle, WA 98133

Sgt. Ariel Vela, #4727
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer. Michael A. Lamed, #6955
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jeffery Johnson, #5845
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Derek B Norton, #6917
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jason Dewey, #7426
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Brett Willet, #7615
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer David White, #6404
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Gretchen Hughes, #6237
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Trent Schroeder, #6900
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Audi A. Acuesta, #7417
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Steve Clark, #5987
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Steven L. Berg, #5834
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer John D. Smith, #6291
North Precinct
10049 College Way **N.**
Seattle, WA 98133

Officer Erik Johnson, #5116
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Vernon Kelley, #6662
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jessica Taylor, #6273
North Precinct
10049 College. Way N.
Seattle, WA 98133

Officer Shelly San Miguel, #6910
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Christopher J. Anderson, #6609
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Suzanne M. Parton, #5830
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Eric F. Whitehead, #7493
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Brian Hanson, #5954
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Alan Richards, #7497
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Ron Willis, #6081
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer A. Sheheen, #4916
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Randall Higa, #5740
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Tim Owens, #6748
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Tyler Getts, #7537
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Adam Elias, #6726
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jon Emerick, #4326
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Louis Chan, #7424
North Precinct
10049 College Way N.
Seattle, WA 98133

Sgt. Paul Pendergrass, #4942
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Ted Cablayan, #6236
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Brian Kokesh, #6851
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer AJ Marks, #6179
North Precinct
10049 College Way N.
Seattle, WA 98133

Sgt. Ron Martin, #5041
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Rusty L. Leslie, #5209
North Precinct
10049 College. Way N.
Seattle, WA 98133

Officer TJ San Miguel, #7506
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jeffrey C. Page, #6845
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Tyler P. Speer, #7415
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Ryan Ellis, #7612
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer William McGowan, #7607
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Austin Davis, #7617
North Precinct
10049 College Way N.
Seattle, WA 98133

Officer Jack H. Bailey, #5230
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Christopher Coles, #6940
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Cynthia Whitlatch, #6229
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Randy R. Ellis, #5514
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Jose Silva, #6919
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Alfred R. Warner, #6162
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Michael R. Washington, #5143
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Aaron Stoltz, #6073
East Precinct
1519 12 Ave.
Seattle, WA 98122

Sgt. Theodore G. Visaya, #5237
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer William K. Campbell, #6887
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Donald D. Bolton, #5256
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Steven E. Pomper, #5827
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Ronald J. Campbell, #6693
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Nina M. Jones, #7567
North Precinct
10049 College Way N
Seattle, WA 98133

Officer Anthony Jones Reynolds, #7585
South Precinct
3001 S. Myrtle St.
Seattle, WA 98108

Officer Richard Heintz, #4219
South West Precinct
2300 SW Webster St.
Seattle, WA 98106

Officer Lori K. Aagard, #5011
East Precinct
1519 12 Ave.
Seattle, WA 98122

Officer Jonard A. Legaspi #6231
SPD Range
11030 E Marginal Way S
Tukwila, WA 98168

Officer Curtis Gerry, #5823
SPD Range
11030 E Marginal Way S
Tukwila, WA 98168

Officer Adolph Torrescano, #4743
SPD Range
11030 E Marginal Way S
Tukwila, WA 98168

Officer Curt E. Wilson, #4505
SPD Range
11030 E Marginal Way S
Tukwila, WA 98168

Officer James G. Thomsen, #6738
SPD Range
11030 E Marginal Way S
Tukwila, WA 98168

Officer Richard W. Pruitt, #5346
SPD Range
11030 E Marginal Way S
Tukwila, WA 98168

Detective Donald L. Waters, #6287
SPD Range
11030 E Marginal Way S
Tukwila, WA 98168

Officer Nina M. Jones, #7567
North Precinct
10049 College Way N
Seattle, WA 98133

LIST OF DEFENDANTS

Eric Holder
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

Thomas E. Perez
Civil Rights Division (CRD)
U.S. Dept. of Justice
U.S. Secretary of Labor
200 Constitution Ave. NW
Washington, DC  20210

Jonathan M. Smith
Chief Special Litigation Section, CRD
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

Jocelyn Samuels
Acting Assistant Attorney General
CRD U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

Emily A. Gunston
Special Litigation Section, CRD
U.S. Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

Timothy D. Mygatt
Special Litigation Section, CRD
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Jenny A. Durkan
United States Attorney
U.S. Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA  98101

Merrick Bobb, Seattle Monitor
P.O. Box 27445
Los Angeles, CA 90027

Peter Ehrlichman, Deputy Monitor
P.O. Box 27445
Los Angeles, CA 90027

Ronald Ward, Assistant Monitor
P.O. Box 27445
Los Angeles, CA 90027

Matthew Barge, Deputy Director
P.O. Box 27445
Los Angeles, CA 90027

Ed Murray, Mayor
PO Box 94749
Seattle, WA 98124-4749

Mike McGinn
8556 Dayton Ave. N.
Seattle, WA 98103

Harry Bailey, Interim Chief
Seattle Police Department
Sent via email

John Diaz, Former Chief, SPD
Sent via email

James Pugel, Former Chief
525 W. Comstock
Seattle, WA 98119

Peter S. Holmes, Seattle City Attorney
Seattle City Attorney's Office
Sent via email