# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ROBERT MAHONEY et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>ERIC HOLDER et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C14-794 MJP |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the claims against Defendant Merrick Bobb be dismissed on the ground of quasi-judicial immunity and that the case is dismissed with prejudice for failure to state a claim.

Dated October 20, 2014.

                                                    William M. McCool
                                                   Clerk of Court

                                                     s/Mary Duett
                                                     Deputy Clerk